# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HARDIN,<br><br>                Plaintiff,<br><br>        v.<br><br>R. RODRIGUEZ, et al.,<br><br>                Defendants. | Case No.: 1:18-cv-1419 -JLT (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 12) |

On April 4, 2019, Leon Hardin filed a Notice of Dismissal, indicating he was "voluntarily [dismissing] the above-captioned action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)." (Doc. 12 at 1) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:  **May 7, 2019**                        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE